# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 5, 2022

## NO. 03-21-00300-CR

**The State of Texas, Appellant**

**v.**

**Megan Leigh Vaughn, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory orders entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's interlocutory orders. Therefore, the Court reverses the trial court's interlocutory orders and remands the case for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.